Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
STACEY LYNN RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN RODRIGUEZ, | Case No.: 1:16-cv-01106-GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Stacey Lynn Rodriguez and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from March 13, 2017 to April 12, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for continuance. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has not been able to complete the motion timely due to

-1-

her case load expansion since one of the attorneys in our office left and is yet to be replaced. Counsel mistakenly failed to properly calendar this matter as well and became aware of the error today.  Counsel needs additional time to properly address the issues in this case. Counsel has sought this continuance immediately and in good faith.

DATE: March 14, 2017          Respectfully submitted,

                                        LAWRENCE D. ROHLFING

                                        /s/ *Denise Bourgeois Haley*
                            BY: _____
                                      Denise Bourgeois Haley
                                      Attorney for plaintiff Ms. Stacey Lynn Rodriguez

DATE:  March 14, 2017          PHILLIP A.TALBET
                                       *United States Attorney*


                                        /s/ *Ben A. Porter*
                            BY: _____
                                      Ben A. Porter
                                      Special Assistant United States Attorney
                                      Attorneys for defendant Nancy A. Berryhill
                                      |*authorized by e-mail|

///
///
///
///
///
///
///
///

**ORDER**

Pursuant to the parties' stipulation (Doc. 12), Plaintiff's request for an extension of time to file the opening brief is granted *nunc pro tunc*. Plaintiff shall file her opening brief no later than April 12, 2017. All other dates in the scheduling order issued on July 29, 2016 (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:   **March 17, 2017**                    /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE