# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LYNN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>Defendant. | **16-cv-1106 GSA**<br><br>**ORDER TO SHOW CAUSE** |

On July 29, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (Doc. 1). Pursuant to this Court's scheduling order issued on July 29, 2016, Plaintiff was required to file an opening brief no later than ninety-five days after the filing of the administrative record. (Doc. 3, pg. 2). The administrative record was filed on December 8, 2016. (Doc. 9). On March 17, 2017, the Court signed an order granting a stipulated request requiring that Plaintiff's brief be filed no later than April 12, 2017. (Doc. 13). To date, Plaintiff has not filed her opening brief.

Therefore, Plaintiff is ordered to show cause why sanctions should not be imposed for a failure to comply with this Court's order. Plaintiff is ORDERED to file a written response to this

1

Order to Show Cause WITHIN twenty (20) days of the date of this Order.   Plaintiff should include any request for additional time to file the brief if needed in the response.

**Failure to respond to this Order to Show Cause within the time specified may result in monetary or other sanctions, including dismissal of this case.**

IT IS SO ORDERED.

   Dated:   **April 20, 2017**                        **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE