Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Stacey Lynn Rodriguez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LYNN RODRIGUEZ, | Case No.: 1:16-cv-01106-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Stacey Lynn Rodriguez be awarded attorney fees in the amount of Four Thousand Three Hundred dollars ($4,300.00) and expenses in the amount of Twenty Five dollars ($25.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Stacey Lynn Rodriguez, the government will consider the matter of Stacey Lynn Rodriguez's assignment of EAJA fees to Denise Bourgeois Haley. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Stacey Lynn Rodriguez, but if the Department of the Treasury determines that Stacey Lynn Rodriguez does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Stacey Lynn Rodriguez.[1] Any payments made shall be delivered to Denise Bourgeois Haley.

This stipulation constitutes a compromise settlement of Stacey Lynn Rodriguez's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Stacey Lynn Rodriguez and/or Denise Bourgeois Haley including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1    This award is without prejudice to the rights of Denise Bourgeois Haley

2 and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act

3 attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of

4 the EAJA.

DATE: February 26, 2018          Respectfully submitted,

5                                 LAW OFFICES OF LAWRENCE D. ROHLFING

6

7                                      /s/ *Denise Bourgeois Haley*
                             BY:_____
8                                 Denise Bourgeois Haley
                                 Attorney for plaintiff Stacey Lynn Rodriguez
9

10   DATED: February 26, 2018         McGREGOR W. SCOTT
                                 United States Attorney
11

12

13                                     /s/ *Ben A. Porter*
                                 _____
14                                 BEN A. PORTER
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant NANCY A.
15                                 BERRYHILL, Acting Commissioner of Social
                                 Security (Per e-mail authorization)
16
///
17
///
18
///
19
///
20
///
21
///
22
///
23
///
24
///
25
///
26

## ORDER

Pursuant to the parties' stipulation (Doc. 21), Plaintiff shall be awarded attorney fees in the amount of Four Thousand Three Hundred dollars ($4,300.00) and expenses in the amount of Twenty Five dollars ($25.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred dollars ($400.00) under 28 U.S.C. § 1920.  Attorney's fees shall be paid pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), and in accordance with the above stipulation.


IT IS SO ORDERED.

Dated:   **March 1, 2018**                    **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE